KEITH L. BRACKENBROUGH, Appellant, v. THE
STATE OF NEVADA, Respondent.

No. 7862

July 23, 1975                                  537 P.2d 1194

*Halley and Halley,* of Reno, for Appellant.

*Larry R. Hicks,* District Attorney, and *Kathleen M. Wall,*
Assistant Chief Deputy District Attorney, Washoe County, for
Respondent.

## OPINION

*Per Curiam:*

Claiming ineffective counsel, Brackenbrough asks us to
annul his conviction. He does not direct our attention to any-
thing in the record of the trial to support his claim, but instead,
relies solely upon assertions made in a letter he wrote to the
presiding judge following conviction. On this direct appeal, we
cannot credit such letter and the assertions therein contained.
He may, of course, pursue the remedy accorded by the Post-
Conviction Act, NRS 177.315–385, and obtain appropriate
consideration of his claim of ineffective counsel. His other
claimed error is without merit.

Affirmed.